## Hicks Appeal.

Argued March 21, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Stanford Shmukler,* with him *Harry P. Voldow,* for appellant.

*E. Washington Rhodes,* with him *Charles Wright,* for appellees.

OPINION PER CURIAM, March 22, 1961:

This is an appeal from an order of the Municipal Court of Philadelphia in an adoption case. The statute providing for adoption does not give the right of appeal. See Act of April 4, 1925, P. L. 127, as amended, 1 P.S. §1 et seq. An appeal in an adoption proceeding is in the nature of a certiorari. *Maisels Adoption Case,* 395 Pa. 329, 332, 149 A. 2d 38 (1959). Under these circumstances, the Act of March 2, 1923, P. L. 3, 17 P.S. §187, giving this Court jurisdiction of appeals from the Municipal Court of Philadelphia, does not give us jurisdiction of appeals from adoption orders in the Municipal Court. *Bell Appeal,* 396 Pa. 592, 152 A. 2d 731 (1959).

The appeal is therefore certified to the Supreme Court.